UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH DAWSON; JOHN NORDLUND; ALAN DENNIS VICKERY; JOHN ZIMMARO; DAVID REICHERT; ANDREW WILSON; JERALD BIRT; MARILYN CURTIS; and MICHAEL DUCHEMIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON; STATE OF WASHINGTON DEPARTMENT OF RETIREMENT SYSTEMS; and KATHRYN LEATHERS, in her official capacity as Director of the Washington Department of Retirement Systems,<br><br>Defendants. | NO. 2:26-cv-01469-MLP<br><br>**NOTICE OF APPEARANCE** |

TO:         The Clerk of the above-entitled court;

AND TO:     Plaintiffs and their attorneys, STEVE W. BERMAN, CRAIG R. SPIEGEL, and

            MOSES JEHNG

        PLEASE TAKE NOTICE that NICHOLAS W. BROWN, Attorney General for the State

of Washington, and DAVID MOON, Assistant Attorney General, without waiving objection as to

the sufficiency of service of process or jurisdiction of this Court, hereby enter their appearance as

attorneys for the Defendants State of Washington, Department of Retirement Systems, and

NOTICE OF APPEARANCE --
No. 2:26-cv-01469-MLP

1

ATTORNEY GENERAL OF WASHINGTON
Revenue and Finance Division
7141 Cleanwater Dr. SW
PO Box 40123
Olympia, WA 98504-0123
360-753-5515

Kathryn Leathers, in the above-entitled action. You are hereby requested to serve all further pleadings herein upon said Defendants at the Office of the Attorney General at the address given below.

DATED this 5th day of May, 2026.

NICHOLAS W. BROWN
Attorney General

s/David C. Moon
DAVID MOON, WSBA No. 54546
Office of the Attorney General
7141 Cleanwater Lane SW, P.O. Box 40123
Olympia, WA 98504-0123
Telephone: 360-664-4261
Fax: (360) 664-2023
E-mail: David.Moon@atg.wa.gov

Assistant Attorney General
Attorneys for Defendants Defendants

NOTICE OF APPEARANCE --
No. 2:26-cv-01469-MLP

2

ATTORNEY GENERAL OF WASHINGTON
Revenue and Finance Division
7141 Cleanwater Dr. SW
PO Box 40123
Olympia, WA 98504-0123
360-753-5515

**PROOF OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steve W. Berman
Craig R. Spiegel
Moses I. Jehng
HAGENS BERMAN SOBOL SHAPIRO LLP (WA)

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 5th day of May, 2026, at Olympia, WA.


s/ Katharine M. Allan
Katharine Allan, Legal Assistant II

NOTICE OF APPEARANCE --
No. 2:26-cv-01469-MLP

3

ATTORNEY GENERAL OF WASHINGTON
Revenue and Finance Division
7141 Cleanwater Dr. SW
PO Box 40123
Olympia, WA 98504-0123
360-753-5515