UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH DAWSON et al.,

                          Plaintiff(s),

v.

STATE OF WASHINGTON et al.,

                          Defendant(s).

CASE NO.
2:26–cv–01469–JNW

MINUTE ORDER REASSIGNING CASE

This action has been assigned to the Honorable Jamal N Whitehead, United States District Judge. All future documents filed in this case must bear the cause number 2:26–cv–01469–JNW and bear the Judge's name in the upper right hand corner of the document.

DATED May 12, 2026

                          Joshua C. Lewis
                          Clerk of Court

                          By: _/s/ Tim Farrell_
                               Deputy Clerk