AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington ▼

| | | |
|---|---|---|
| JOSEPH DAWSON, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-cv-01469-JNW |
| STATE OF WASHINGTON, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants State of Washington, Department of Retirement Systems, and Kathryn Leathers                .

Date:    05/18/2026

/s/ Aaron J. Fickes
*Attorney's signature*

Aaron J. Fickes, WSBA No. 51584
*Printed name and bar number*

800 Fifth Avenue, Suite 2000
P.O. Box TB-14
Seattle, WA 98104-3188
*Address*

Aaron.Fickes@atg.wa.gov
*E-mail address*

(206) 464-7744
*Telephone number*

(206) 587-4229
*FAX number*