The Honorable Jamal N. Whitehead

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOSEPH DAWSON, et al., | NO. 2:26-cv-01469-JNW |
| Plaintiffs, | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |
| v. | |
| KATHRYN LEATHERS, et al., | |
| Defendants. | |

THIS MATTER came for hearing before this Court on August 18, 2026, on Defendants' Motion to Dismiss. This Court, having considered the entire record herein and being otherwise fully advised, hereby ORDERS that:

1.    Defendants' Motion to Dismiss is **GRANTED**.

2.    Plaintiffs' Amended Class Action Complaint for Declaratory and Injunctive Relief is **DISMISSED WITH PREJUDICE**.

DATED this _____ day of August 2026.

_____
THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
NO. 2:26-cv-01469-JNW

1

ATTORNEY GENERAL OF WASHINGTON
Revenue and Finance Division
7141 Cleanwater Drive SW
P.O. Box 40123
Olympia, WA  98504-0111
360-753-5515

Presented by:

NICHOLAS W. BROWN
Attorney General of Washington

/s/ David C. Moon
DAVID C. MOON, WSBA #54546
ANDREW J. KRAWCZYK, WSBA #42982
AARON J. FICKES, WSBA #51584
Assistant Attorneys General
7141 Cleanwater Dr. SW
P.O. Box 40123
Olympia, WA 98504-0123
360-753-5515
David.Moon@atg.wa.gov
Andrew.Krawczyk@atg.wa.gov
Aaron.Fickes@atg.wa.gov

*Attorneys for Defendants*

K&L GATES LLP

/s/ Robert B. Mitchell
ROBERT B. MITCHELL, WSBA #10874
PHILLIP M. GUESS, WSBA #26765
PETER A. TALEVICH, WSBA #42644
Attorneys at Law
925 Fourth Ave., Ste. 2900
Tel: 206-623-7580
Fax: 206-623-7022
Rob.Mitchell@klgates.com
Phillip.Guess@atg.wa.gov
Peter.Talevich@klgates.com

*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
NO. 2:26-cv-01469-JNW

2

ATTORNEY GENERAL OF WASHINGTON
Revenue and Finance Division
7141 Cleanwater Drive SW
P.O. Box 40123
Olympia, WA  98504-0111
360-753-5515