The Honorable Jamal N. Whitehead

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOSEPH DAWSON, et al.<br>Plaintiffs,<br>v.<br>KATHRYN LEATHERS et al.,<br>Defendants. | NO. 2:26-cv-01469-JNW<br>[PROPOSED] ORDER GRANTING DEFENDANT MIKE PELLICCIOTTI'S MOTION FOR MISJOINDER |

THIS MATTER came for consideration before this Court on September 24, 2026, on Defendant Mike Pellicciotti's Motion for Misjoinder. This Court, having considered the entire record herein and being otherwise fully advised, hereby ORDERS that:

1. Defendant Mike Pellicciotti's Motion for Misjoinder is **GRANTED**.
2. Defendant Mike Pellicciotti is hereby **DISMISSED** with prejudice from this action**.**

DATED this ____ day of September, 2026.

_______________________________
HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT COURT JUDGE



ATTORNEY GENERAL OF WASHINGTON
Revenue and Finance Division
7141 Cleanwater Dr. Sw
P.O. Box 40123
Olympia, WA 98504-0123
360-753-5515

Presented by:

NICHOLAS W. BROWN
Attorney General of Washington

<u>*/s/ Mark J. Rachel*</u>
MARK J. RACHEL, WSBA #54395
Assistant Attorney General
7141 Cleanwater Dr. SW
P.O. Box 40123
Olympia, WA 98504-0123
253.337.3920
Mark.Rachel@atg.wa.gov

*Attorney for Defendant Pellicciotti*