UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH DAWSON et al.,

Plaintiffs,

v.

STATE OF WASHINGTON et al.,

Defendants.

CASE NO. 2:26-cv-01469-JNW

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

After reviewing the parties' joint status report, Dkt. No. 23, the Court sets the following deadlines:

| **EVENT** | **DATE** |
|---|---|
| Deadline for joining additional parties | December 17, 2026 |
| Deadline to amend pleadings | December 17, 2026 |
| Affirmative class certification expert disclosures | March 17, 2027 |
| Rebuttal class certification expert disclosures | March 31, 2027 |
| Deadline to file Motion for class certification | May 26, 2027 |

| EVENT | DATE |
|---|---|
| Deadline to file Opposition to motion for class certification | June 24, 2027 |
| Deadline to file Reply to motion for class certification | July 22, 2027 |
| Hearing on class certification | To be announced |

The Court will set further case scheduling deadlines after ruling on the motion for class certification. If the Court denies the class certification motion, any party may request an expedited trial date. These are firm dates that can be changed only by order of the Court, not by agreement of the parties. The Court will alter these dates only upon good cause shown.

Defendants also requested a stay of discovery until the Court rules on the pending motion to dismiss and for misjoinder. Dkt. No. 23 at 2. This request is not properly before the Court. *See* LCR 16(a) ("Parties should not include requests for relief from the court in the joint status report, and the court typically will not rule on such requests. Rather, requests for relief should be contained in a stipulated motion, where feasible, or in a motion.").

If this case settles, counsel must notify Grant Cogswell, Courtroom Deputy, as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 17th day of November 2026.

Joshua C. Lewis
Clerk
*/s/ Kathleen Albert*
Deputy Clerk